IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

UNITED STATES OF AMERICA,       )
                                )
                    Plaintiff,  )
                                )
vs.                             )        Case No. 10-00027-03-W-ODS
                                )
WOODROW McCOY,                  )
                                )
                    Defendant.  )

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND (1) ACCEPTING DEFENDANT'S GUILTY PLEA AND (2) ADJUDGING DEFENDANT GUILTY OF THE OFFENSE CHARGED IN COUNT SIX

On December 16, 2011, the Honorable Robert E. Larsen, Chief United States Magistrate Judge for the Western District of Missouri, issued his Report and Recommendation recommending that Defendant's guilty plea be accepted and that Defendant be adjudged guilty of the crime of using a firearm in connection with a crime of violence as charged in Count Six of the Indictment. Neither party filed objections to the Report and Recommendation, and the time for doing so has passed. 28 U.S.C. § 636(b)(1)(C); Local Rule 74.1(a)(2). The Court has also reviewed *de novo* the transcripts of the proceedings held before Judge Larsen on October 24, 2011. In light of the evidence in the Record and the lack of an objection from either party, the Court adopts the Magistrate Judge's Report and Recommendation and (1) accepts Defendant's plea of guilty and (2) finds Defendant guilty of the crime charged in Count Six of the Indictment.

IT IS SO ORDERED.


                                        /s/ Ortrie D. Smith
                                        ORTRIE D. SMITH, SENIOR JUDGE
DATE: January 3, 2012                   UNITED STATES DISTRICT COURT